# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN AND LAURA BOOTH, individuals, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIV-07-1360-D |
| | ) |
| MEE, MEE & HOGE, P. L. L. C., | ) |
| a domestic corporation, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Order entered herein, the Court has granted summary judgment in favor of Defendant Mee, Mee & Hoge, P. L. L. C. and against Plaintiffs on Plaintiffs' claim arising under the Fair Debt Collection Practices Act, 15 U. S. C. § 1692, *et seq.*  Judgment is hereby entered in favor of Defendant on that claim.  As set forth in the Order, the Court dismisses without prejudice the pendent state claims asserted by Plaintiffs.

IT IS SO ORDERED this 15th day of March, 2010.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE